

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00054-CV

| | | |
|---|---|---|
| AMERICARE MEDICAL PARTNERS, PLLC, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-330082-21) |
| V. | § | October 19, 2023 |
| CARDINAL HEALTH 108, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Americare Medical Partners, PLLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell